Nos. 50 AND 51. EX PARTE EUSEBIO SÁNCHEZ AND INOCENCIO ARDUÉN, PETITIONERS.—Petition for a writ of *habeas corpus* presented to Mr. Justice Aldrey. Heard together and decided in an opinion of December 1, 1913. *Held:* That there was probable cause for detaining the accused in the custody of the warden of the San Juan jail, and their bail was reduced to $1,000 and $4,000 respectively. *Mr. Charles E. Foote, fiscal* of this court, and *Messrs. Luis Campillo* and *Jaime Sifre, fiscals* of the district of San Juan, for The People. *Messrs. Manuel F. Rossy* and *Rafael Guillermety* for the petitioners.

---

No. 292. EX PARTE FRANCISCO JIMÉNEZ, PETITIONER.—Petition for the approval of notarial bond No. 2632, executed by the National Surety Company on November 24, 1913, and effective from the 16th of the same month. Decided December 1, 1913. Bond approved. The petitioner appeared *pro se.*

---

No. 363. EX PARTE PEDRO SANTANA NAVEDO, PETITIONER.— Petition for the approval of notarial bond No. 2645, executed by the National Surety Company on December 1, 1913. Decided December 8, 1913. Bond approved. The petitioner appeared *pro se.*

---

No. 140. ABOY, GIORGETTI & CO., LTD., PETITIONERS, *v.* CABÁN, SECRETARY OF THE DISTRICT COURT OF AGUADILLA, DEFENDANT.—Petition for a writ of *mandamus* presented to Mr. Justice Aldrey. Motion of petitioners to withdraw petition. Decided December 8, 1913. Petition considered withdrawn. *Mr. Herminio Díaz Navarro* for the petitioners.